UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TASSAT GROUP INC.,

                              Plaintiff,

-v-

REALTO GROUP, INC. *d/b/a Tassets*,

                              Defendant.

23 Civ. 5550 (PAE)

<u>ORDER TO SHOW CAUSE</u>

---

PAUL A. ENGELMAYER, District Judge:

    On June 28, 2023, plaintiff filed the complaint in this case. Dkt. 1. On September 25, 2023, plaintiff filed a waiver of service executed by the defendant, making an answer due on November 21, 2023. Dkt. 9. Defendant has not responded to the complaint or appeared in this action. Plaintiff, however, has not obtained a certificate of default from the Clerk of Court or filed a motion for default judgment against defendant, and no progress has otherwise been made in this case.

    Accordingly, it is hereby ORDERED that plaintiff shall show cause by December 18, 2023 why the above-captioned action should not be dismissed for failure to prosecute, pursuant to Rule 41 of the Federal Rules of Civil Procedure. Plaintiff may show cause by properly submitting a motion for default judgment, pursuant to the Court's Individual Rules, which requires obtaining a certificate of default issued by the Clerk of Court prior to filing a motion for default judgment. Failure to submit a timely and proper motion for default judgment will result in dismissal without prejudice of this case under Rule 41.

SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: December 4, 2023
       New York, New York

2